UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| **CHRISTOPHER WOODARD AND STEPHANIE WOODARD ERICKSON** | **CIVIL ACTION NO. 5:15-CV-1777** |
| **VERSUS** | **JUDGE FOOTE** |
| **WOOODARD VILLA, INC.** | **MAGISTRATE JUDGE HAYES** |
| **AND** | |
| **ERNEST WOODARD** | **CIVIL ACTION NO. 5:16-CV-1119** |
| **VERSUS** | **JUDGE HICKS** |
| **WOOODARD VILLA, INC.** | **MAGISTRATE JUDGE HORNSBY** |

## ORDER

The foregoing Consent Motion to Consolidate Actions considered, IT IS HEREBY ORDERED that "*Christopher Woodard v. Woodard Villa, Inc., Civil Action No. 5:15-CV-177*" and "*Ernest Woodard v. Woodard Villa, Inc., Civil Action No. 5:16-CV-01119*" shall be consolidated pursuant to Rule 42(a) of the Federal Rules of Civil Procedure for all purposes.

Thus done and signed in _____Monroe_____, Louisiana, on this __10th__ day of August, 2016.

_____
Magistrate Judge

1